**Edward K. TAKAKI, Petitioner,**

v.

**DEPARTMENT OF the NAVY,
Respondent.**

**No. 05–3297.**

United States Court of Appeals,
Federal Circuit.

Feb. 14, 2006.

Edward K. Takaki, pro se.

**ORDER**

Petitioner having filed the required brief, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby

are, VACATED and RECALLED, and the petition for review is REINSTATED.

Respondent should compute the due date for filing its brief from the date of filing of this order.